**Order entered April 3, 2020**



### In The
### Court of Appeals
### Fifth District of Texas at Dallas

### No. 05-19-00031-CV

### YOUNG YOO, IRVING SUPERMART, L.L.C. AND ACACIA LAS LOMAS, L.L.C., Appellants

### V.

### A-1 MARKETING, INC., Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-05632**

### ORDER

Before the Court is appellee's April 1, 2020 unopposed second motion to extend time to file its brief. We **GRANT** the motion and **ORDER** the brief be filed no later than May 11, 2020.

/s/ KEN MOLBERG
   JUSTICE